certiorari to the United States Circuit Court of Appeals for the Fourth Circuit dismissed on authority of counsel for petitioner. *Mr. Philip Mauro* for the petitioner. *Mr. Marshall McCormick* for the respondent.

---

No. 176. WALTER A. CUNNINGHAM ET AL., PETITIONERS, *v.* METROPOLITAN LUMBER COMPANY. December 15, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. F. O. Clark* for the petitioners. *Mr. B. J. Brown* and *Mr. D. H. Ball* for the respondent.

---

No. 470. W. G. EADS BROKERAGE COMPANY, PETITIONER, *v.* CITY OF FORT SCOTT, KANSAS. December 15, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. T. F. Garver* for the petitioner. No appearance for the respondent.

---

No. 513. LENA M. SLATER ET AL., PETITIONERS, *v.* MEXICAN NATIONAL RAILROAD COMPANY. December 15, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Mason Williams* for the petitioners. No appearance for the respondent.

---

No. 451. WILLIAM GRAY BROOKS, PETITIONER, *v.* CHARLES H. PRATT, ADMINISTRATOR, ETC., ET AL. December 22, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. William Gray Brooks* *pro se.* *Mr. J. L. Thorndike* for the respondents.

---

No. 484. LOFTUS CUDDY ET AL., PETITIONERS, *v.* PERCIVAL W. CLEMENT, RECEIVER, ETC., ET AL. December 22, 1902. Petition for a writ of certiorari to the United States Circuit Court of Ap-